GETTY PROPERTIES CORP. et al., Respondents, v GETTY PETROLEUM MARKETING INC., Defendant, and 1314 SEDGWICK AVE. LLC et al., Appellants.

Submitted May 5, 2014; decided June 26, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.